1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

    SUSAN BOWMAN, an individual; and   )
12  DISABILITY RIGHTS ENFORCEMENT,      )
    EDUCATION SERVICES:  HELPING YOU    )
13  HELP OTHERS, a California public    )
    benefit corporation,                )
14                                      )   CIV. S-04-755 GEB PAN
                       Plaintiffs,      )
15                                      )   ORDER
         v.                             )
16                                      )
    BEST WESTERN STATION HOUSE INN;     )
17  THE WILLIFORD FAMILY PARTNERSHIP,   )
    L.P., a California limited          )
18  partnership; BEST WESTERN INTER-    )
    NATIONAL, INC., an Arizona          )
19  corporation and LEWIS T. WILLIFORD,)
    an individual dba BEST WESTERN      )
20  STATION HOUSE INN,                  )
                                        )
21                     Defendants.      )
    _____)

22

23          The parties indicate that certain discovery was not

24  conducted before the discovery completion date, which they desire to

25  conduct, and they request that this action be referenced to the

26  magistrate judge "for an immediate Settlement Conference."  The

27  parties' request to reopen discovery is not supported by good cause.

28  Further, the parties' desire to have up until October 10, 2005, to

                                      1

1  conduct specified discovery.  However, the final pretrial conference

2  is scheduled for October 24, 2005, and discovery and any dispute

3  regarding the same is supposed to be completed before the parties meet

4  and confer on the content of a joint pretrial statement.

5          Nevertheless, to accommodate the parties' joint request to

6  reopen discovery, the final pretrial conference is rescheduled for

7  hearing on December 19, 2005, at 1:30 p.m.  Discovery shall be

8  completed by October 11, 2005.

9          Since discovery is not complete, the parties' request for a

10  settlement conference to be referenced to the magistrate judge is

11  denied.  However, the parties could contact the magistrate judge's

12  deputy clerk to ascertain if the magistrate judge is willing to

13  conduct a settlement conference in this action, even though discovery

14  is not complete.

15          IT IS SO ORDERED.

16  Dated:  July 1, 2005

17
                                    /s/ Garland E. Burrell, Jr.
18                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
19

20

21

22

23

24

25

26

27

28