IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN BOWMAN, an individual; and )
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION SERVICES: HELPING YOU )
HELP OTHERS, a California public )
benefit corporation, )
) 02:04-cv-0755-GEB-PAN
                Plaintiffs, )
) ORDER
   v. )
)
BEST WESTERN STATION HOUSE INN; )
THE WILLIFORD FAMILY PARTNERSHIP, )
L.P., a California limited )
partnership; BEST WESTERN INTER- )
NATIONAL, INC., an Arizona )
corporation and LEWIS T. WILLIFORD,)
an individual dba BEST WESTERN )
STATION HOUSE INN, )
)
                Defendants. )
_____)

        On November 4, 2005, Defendant Best Western International, Inc. ("Best Western") filed a "Notice of Motion . . . for Summary Judgment and Summary Adjudication." However, the last hearing date for motions was August 29, 2005. (Order filed October 7, 2004, at 5.) Since Best Western's November 4 motion is untimely, it is stricken. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 n.7 (9th Cir. 1992)(stating that a district court may deny any late-filed motion solely on the ground of untimeliness).

        IT IS SO ORDERED.

DATED: November 16, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge