ROBERT L. MEZZETTI II, SBN 114282
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
(408) 279-8400 / (408) 279-8448 fax

Attorney for Defendants THE WILLIFORD
FAMILY PARTNERSHIP, L.P., a California
limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BOWMAN, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BEST WESTERN STATION HOUSE INN; THE WILLIFORD FAMILY PARTNERSHIP, L.P. a California limited partnership; BEST WESTERN INTERNATIONAL, INC., an Arizona corporation and LEWIS T. WILLIFORD an individual dba BEST WESTERN STATION HOUSE INN,<br><br>　　　　Defendants. | NO. CIV.S-04-0755 GEB PAN<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR MONETARY SANCTIONS AGAINST THOMAS E. FRANKOVICH AND THE FRANKOVICH GROUP<br><br>CURRENTLY SCHEDULED FOR:<br><br>Date:　　February 27, 2006<br>Time:　　9:00 a.m.<br>Dept.:　　10<br>Hon.　　Hon. Garland E. Burrell, Jr. |

　　　Plaintiff, through her undersigned counsel, and Defendants, through their undersigned counsel, respectfully submit the following:

　　　WHEREAS, the Hearing on the the above-captioned matter is currently scheduled for February 27, 2006, at 9:00 a.m., and the Reply Brief is currently due no later than February 17, 2006;

　　　WHEREAS, Plaintiff, by and through her counsel, due to an inadvertent uploading and/or technical error, did not receive until February 15, 2006, certain Exhibits to the Declaration of Robert L. Mezzetti II filed with the subject Motion and have not had adequate time to review and respond to said exhibits; and

1  WHEREAS, in the interests of justice and judicial economy a continuance is warranted;

2  THE PARTIES HEREBY STIPULATED AND REQUEST THAT THE COURT GRANT THE
FOLLOWING:

1. That the Hearing on the Motion for Monetary Sanctions shall be continued until March 27, 2006, at 9:00 a.m., in Department 10 of the above-entitled court.

2. Plaintiff's Supplement Opposition papers regarding the missing exhibits "D" and "E" shall be filed and served by no later than March 6, 2006.

3. Defendants' Reply papers shall be filed and served by no later that March 13, 2006.

IT IS SO STIPULATED.

It is further stipulated by and between counsel that this document may be executed in counterparts and sent by facsimile with the same force and effect of an original signature.

DATED:_____, 2006        MEZZETTI LAW FIRM, INC.


                                    BY_____
                                       ROBERT L. MEZZETTI II
                                    Attorneys for Defendant THE WILLIFORD
                                    FAMILY PARTNERSHIP, L.P., a California
                                    limited partnership

DATED:_____, 2006        THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*



                                    BY_____
                                       Julia M. Adams
                                    Attorneys for Plaintiff, SUSAN BOWAN

///
///
///
///
///

| | |
|---|---|
| DATED:_____, 2006 | BONETATI, SASAKI, KINCAID & KINCAID, INC. |
| | BY_____<br>    Laura M. Sasaki<br>Attorneys for Defendant BEST WESTERN INTERNATIONAL, INC. |

**ORDER**

IT IS SO ORDERED.

Dated: February 21, 2006

       <u>/s/ Garland E. Burrell, Jr.</u>
       GARLAND E. BURRELL, JR.
       United States District Judge