IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SUSAN BOWMAN,                        )
                                     )    2:04-cv-0755-GEB-PAN (JFM)
                Plaintiff,           )
                                     )    ORDER*
     v.                              )
                                     )
BEST WESTERN STATION HOUSE INN;      )
THE WILLIFORD FAMILY PARTNERSHIP;    )
and BEST WESTERN INTERNATIONAL,      )
INC.,                                )
                                     )
                Defendants.          )
                                     )
```

      On January 17, 2006, Defendants filed a motion for monetary sanctions against Plaintiff's counsel under 28 U.S.C. § 1927 and the Court's inherent power. Plaintiff opposes the motion.

      Since Defendants have not sufficiently distinguished the fees attributable to the Americans with Disabilities Act claim from those attributable to the state claims, the motion is denied. See Pontarelli v. Stone, 781 F. Supp. 114, 127 (D. R.I. 1992) (finding an

/////
/////
/////

---

     *    This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  award of attorneys' fees was not permitted where the movant failed to
2  distinguish time spent on frivolous and non-frivolous claims).
3      IT IS SO ORDERED.
4  Dated:  March 23, 2006

6                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge